Filed: September 24, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-2033
(2:07-cv-00919-DCN)

_____

SECURITIES & EXCHANGE COMMISSION,

        Plaintiff - Appellee

v.

LOUIS MANCUSO; RICHARD BROWN; RYAN BROWN,

        Defendants - Appellants

_____

NOTICE OF APPELLATE CASE OPENING
_____

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Charleston |
| Originating Court Case Number | 2:07-cv-00919-DCN |
| Date notice of appeal filed in originating court | 09/12/2008 |
| Appellant(s) | Louis Mancuso, Richard Brown, Ryan Brown |
| Appellate Case Number | 08-2033 |
| Case Manager | Sue Ellen Nagle 804-916-2702 |

The above-captioned case has been opened in this Court.